<br>

FILED

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0395

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 24-0395

---

JAWBONE HOLDINGS, LLC,
*Petitioner/Appellant*

v.

THE MONTANA DEPARTMENT OF PUBLIC SERVICE
REGULATION, MONTANA PUBLIC SERVICE COMMISSION,
*Respondent/Cross-Appellant*

and

NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,
*Respondent/Appellee*

and

THE MONTANA CONSUMER COUNSEL,

*Respondent-Intervenor/Appellee*

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS

This matter comes before the Court on Appellant Jawbone Holdings, LLC's

Motion to Voluntarily Dismiss Appeal, filed August 21, 2024.

Respondents/Appellees Montana Public Service Commission, NorthWestern

Energy and the Montana Consumer Counsel do not object to the Motion. Upon

consideration of the Motion and good cause appearing,

**IT IS HEREBY ORDERED** that the appeal in the above matter is hereby

**DISMISSED** with prejudice, and the docket closed.

Dated this \_\_\_\_ day of August, 2024.

_____

Honorable Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 21 2024